# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

AARON J. RAMBO,
    Petitioner,

v.

DAVID WINN, as Warden of FMC Devens,
and
JOHN ASHCROFT, as Attorney General of
the United States,
    Respondents.

Civ. No. _____

## PETITIONER'S MOTION
## FOR TEMPORARY RESTRAINING ORDER
## AND PRELIMINARY INJUNCTION

Now comes the Petitioner, Aaron Rambo, and pursuant to Fed. R. Civ. Pro. 65, moves this Court to issue a temporary restraining order and preliminarily injunction ordering the Respondents to:

    a.    credit the Petitioner with a presumptive good conduct credit in the amount of 121 days;

    b.    consider the Petitioner for designation to serve the last 6 months of his sentence at a Community Corrections Center, pursuant to Bureau of Prison policy as it was in effect prior to December 13, 2002.

As grounds therefore, and for the reasons stated in the accompanying Memorandum of Law in Support of Writ of *Habeas Corpus*, the Petitioner says there is a strong likelihood of success on the merits.

Petitioner further says the balance of harms favors granting injunctive relief. The Petitioner will be irreparably harmed if forced to serve a sentence

longer than that which Congress intended. There is no remedy at law which can adequately compensate a prisoner for being incarcerated for longer than the law allows. Similarly, the Petitioner will be irreparably harmed, and his transition to independent community life will be impeded, if he is denied access to a community corrections facility beyond the mere 10% of his sentence, as mandated by 18 USC §3624(c).

Finally, the Petitioner notes that his current projected good conduct release date is July 4, 2005, and his projected date of transfer to a community corrections center is April 25, 2004. (See, Ex. E.) These dates are now immanent due in large part to the Petitioner's diligent but futile efforts, which began in June, 2004, to exhaust his administrative remedies; as well as the Bureau of Prison's sometimes dilatory response thereto. (See, Ex. F-M; T-X.) The granting of preliminary injunctive relief will prevent the Petitioner from being denied meaningful and timely relief.

WHEREFORE, the Petitioner prays his motion be allowed.

Date: 12/20/04

AARON RAMBO
by his attorneys,

Matthew H. Feinberg
BBO #161380
Matthew A. Kamholtz
BBO #257290
FEINBERG & KAMHOLTZ
125 Summer St.
Boston, MA 02110
(617) 526-0700