# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON J. RAMBO,<br>　　　　Petitioner<br><br>v.<br><br>DAVID WINN, as Warden of FMC<br>Devens, and JOHN ASHCROFT, as<br>Attorney General of the United States,<br>　　　　Respondents. | CIVIL ACTION NO.:<br>04-12669-EFH |

## O R D E R

### December 30, 2004

HARRINGTON, S.D.J.

　　A Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, having been filed by the Petitioner Aaron J. Rambo, the Court orders the United States Attorney for the District of Massachusetts to respond to said Petition on behalf of the respondents within sixty days from the date of this Order.

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　/s/ Edward F. Harrington
　　　　　　　　　　　　　　　　　　EDWARD F. HARRINGTON
　　　　　　　　　　　　　　　　　　United States Senior District Judge