AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

AARON J. RAMBO, Petitioner

V.

DAVID WINN, as Warden of FMC Devens,
and
JOHN ASHCROFT, as Attorney
General of the United States,
    Respondents

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 CV 12669

## 04 12669 EFH

TO: (Name and address of Defendant)

John Ashcroft, Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.   20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew A. Kamholtz
Feinberg & Kamholtz
125 Summer Street, 6th Fl.
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  12-21-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 12/23/04 |
| NAME OF SERVER (PRINT) MATTHEW A. KAMHOLTZ | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

CERTIFIED MAIL: 7000-1530-0005-1276-1524
JOHN ASHCROFT, ATTY GENERAL
DEPT. OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001

✱

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $20.20 | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/3/05
Date

Signature of Server

FEINBERG & KAMHOLTZ
125 SUMMER ST.
BOSTON, MA 02110
*Address of Server*

✱ CERTIFIED MAIL: 7000-1530-0005-1276-1545
CIVIL PROCESS CLERK
U.S. ATTORNEY'S OFFICE
1 COURTHOUSE WAY
SUITE 9200
BOSTON, MA 02210

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.