UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AARON J. RAMBO,
    Petitioner,

v.

DAVID WINN, as Warden of FMC Devens,
and
JOHN ASHCROFT, as Attorney General of
the United States,
    Respondents.

Civ. No. 04-12669-EFH

FILED
IN CLERKS OFFICE
2005 FEB 14  P 3: 42
U.S. DISTRICT COURT
DISTRICT OF MASS

### PETITIONER'S NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER

Now comes the Petitioner, Aaron Rambo, and hereby gives notice that he voluntarily withdraws his Motion for Temporary Restraining Order.

As grounds therefore, the Petitioner says he was transferred to a Community Corrections Center on February 8, 2005, and that the need for injunctive relief on this issue no longer exists.

Date: 2/10/05

AARON RAMBO
by his attorneys,

Matthew H. Feinberg
BBO #161380
Matthew A. Kamholtz
BBO #257290
FEINBERG & KAMHOLTZ
125 Summer St.
Boston, MA 02110
(617) 526-0700

## CERTIFICATE OF SERVICE

I, Matthew A. Kamholtz, hereby affirm that a copy of the within was this day served upon the following, via first class mail/hand delivery:

>Gina Walcott-Torres, AUSA
>United States Attorney's Office
>Suite 9200
>One Courthouse Way
>Boston, MA 02210

Date: 2/10/05

Matthew A. Kamholtz