UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AARON J. RAMBO,
    Petitioner,

v.

DAVID WINN, as Warden of FMC Devens, and
JOHN ASHCROFT, as Attorney General of the United States,
    Respondents.

Civ. No. 04-12669-EFH

FILED
IN CLERKS OFFICE
2005 FEB 14  P 3:42
U.S. DISTRICT COURT
DISTRICT OF MASS

## PETITIONER'S NOTICE OF PARTIAL VOLUNTARY DISMISSAL

Now comes the Petitioner, Aaron Rambo, and pursuant to Fed. R. Civ. Pro. 41(a), hereby gives notice that he voluntarily dismisses so much of his petition as seeks relief on Count II thereof.

As grounds therefore, the Petitioner says he was transferred to a Community Corrections Center on February 8, 2005, that the claim for relief on this issue has been rendered moot.

Date: 2/10/05

AARON RAMBO
by his attorneys,

Matthew H. Feinberg
BBO #161380
Matthew A. Kamholtz
BBO #257290
FEINBERG & KAMHOLTZ
125 Summer St.
Boston, MA 02110
(617) 526-0700

## CERTIFICATE OF SERVICE

I, Matthew A. Kamholtz, hereby affirm that a copy of the within was this day served upon the following, via first class mail/hand delivery:

Gina Walcott-Torres, AUSA
United States Attorney's Office
Suite 9200
One Courthouse Way
Boston, MA 02210

Date: 2/10/05

Matthew A. Kamholtz