## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON J. RAMBO,**<br>        Petitioner,<br><br>v.<br><br>**DAVID WINN, as Warden of FMC Devens,** and<br>**JOHN ASHCROFT, as Attorney General of the United States,**<br>        Respondents. | Civ. No. 04-12669-EFH |

### PETITIONER'S RESPONSE TO MOTION TO DISMISS

Now comes the Petitioner, Aaron Rambo, and in light of the recent opinion of the First Circuit in *Perez-Olivo v. Chavez*, 394 F. 3d 45 (2005), hereby assents to an order of dismissal of the within Petition.

                                        AARON RAMBO
                                        by his attorneys,


Date:  3/22/05                          /s/ Matthew A. Kamholtz
                                        Matthew H. Feinberg
                                        BBO #161380
                                        Matthew A. Kamholtz
                                        BBO #257290
                                        FEINBERG & KAMHOLTZ
                                        125 Summer St.
                                        Boston, MA 02110
                                        (617) 526-0700

**CERTIFICATE OF SERVICE**

      I, Matthew A. Kamholtz, hereby affirm that a copy of the within was this day served upon the following, via electronic mail:

          Gina Walcott-Torres, AUSA
          United States Attorney's Office
          Suite 9200
          One Courthouse Way
          Boston, MA 02210

Date: 3/22/05                                      /s/ Matthew A. Kamholtz
                                                            Matthew A. Kamholtz